IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER JOHNSON,

      Plaintiff,                      No. CIV S-05-1955 MCE JFM P

    vs.

SCOTT KERNAN, et al.,

      Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(a).

DATED: November 17, 2005.

UNITED STATES MAGISTRATE JUDGE

12
john1955.59